JAY I. NUÑEZ, ESQ. (SB#248718)
NELSON & NUÑEZ, P.C.
1500 QUAIL, SUITE #260
NEWPORT BEACH, CA 92660
(949) 833-2616
thenunezfirm@gmail.com

Attorneys for PLAINTIFF,
VVP ADVISORS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VVP Advisors, Inc.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kathy Baran, et al.<br><br>　　　　Defendants. | Case No.: SACV 19-919-AG- (KESx)<br><br>PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT PURSUANT TO FED. R. CIV. P. 56<br><br><br>Hon. Andrew J. Guilford |

1

Pursuant to Fed. R. Civ. P. 56, Plaintiffs VVP Advisors, Inc. ("VVPA"), respectfully move this Court for entry of an Order granting summary Judgement in their favor.

In support of this Motion, Plaintiffs are filing Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, and a Proposed Order.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on September 16, 2019.

DATED:  November 13, 2019         NELSON & NUÑEZ, P.C,

by: _____
JAY I. NUÑEZ, Attorney for PLAINTIFF,
VVP Advisors, Inc.