JAY I. NUÑEZ, ESQ. (SB#248718)
NELSON & NUÑEZ, P.C.
1500 QUAIL, SUITE #260
NEWPORT BEACH, CA 92660
(949) 833-2616
thenunezfirm@gmail.com

Attorneys for PLAINTIFF,
VVP ADVISORS, INC.

FILED
CLERK, U.S. DISTRICT COURT

April 3, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VVP Advisors, Inc.<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>Kathy Baran, et al<br><br>　　　　Defendants. | Case No.: SACV 19-919-RGK(KES)<br><br>~~PROPOSED~~ JUDGEMENT GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT<br><br><br>Hon. R. GARY KLAUSNER |

　　　This matter is before the Court on the Plaintiff's Motion for Summary Judgment. The Court has considered the papers and materials submitted in support of and in opposition to the Motion. For all the reasons set forth in the Court's Civil Minutes- General, the Court:

　　(1)　GRANTS the Plaintiff's Motion for Summary Judgement;
　　(2)　DENIES the Defendant's Motion for Summary Judgement;
　　(3)　SETS aside Defendant's March 12, 2019 denial to Plaintiff's petition;

(4) ORDERS the Defendant to approve within 10 days Plaintiff's I-129 petition with validity till September 27, 2021.

IT IS SO ORDERED.

DATED: 04/03/2020

Hon. R. Gary Klausner
United States District Court Judge