# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV 19-00919-RGK (KESx)　　　　　Date April 6, 2020

Title: VVP Advisors, Inc. v. Kathy Baran, et al.

Present: The Honorable R. Gary Klausner, United States District Judge

| V.R. Vallery | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

　　None Present　　　　　　　　　　　　　None Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated April 3, 2020　　.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer　　VRV